Paul D. Stevens (Cal. Bar. No. 207107)
pstevens@stevenslc.com
Lauren A. Bochurberg (Cal. Bar. No. 333629)
lbochurberg@stevenslc.com
**STEVENS, LC**
1855 Industrial Street, Suite 518
Los Angeles, California 90021
Tel: (213) 270-1211
Fax: (213) 270-1223

*Attorneys for Plaintiff and the Proposed Class*

**FERNALD & ZAFFOS**
BRANDON C. FERNALD (SBN: 222429)
15910 Ventura Blvd., Suite 1702
Encino, CA 91436
Telephone: (323) 410-0300
Facsimile:  (323) 410-0330
Email: brandon@fzlaw.com

*Attorneys for Defendant,*
*LUV N' CARE, LTD.*

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BROOKE RICHARDS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUV N' CARE, LTD.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:24-cv-00956-FMO-ADS<br><br>**ORDER GRANTING STIPULATED REQUEST [35] TO REMAND CASE TO STATE COURT**<br><br>Dept:   Courtroom 6D<br>Judge: Judge Hon. Fernando M. Olguin |

1 | Plaintiff Brooke Richards individually and on behalf of all others similarly situated ("Plaintiff") and Defendant Luv N' Care Ltd. have agreed to and filed a Stipulated Request to Remand the case to Los Angeles County Superior Court.

The Court, having considered the grounds set forth in the Stipulation, finds that the Parties' Stipulation is based on good cause, is well taken, and is hereby granted. The Court hereby ORDERS as follows:

    1.    The Parties' stipulation is approved.

    2.    United States District Court, Central District of California -Western Division California Case Number 2:24-cv-00956-FMO-ADS is hereby remanded to Los Angeles County Superior Court.

    3.    Each party shall bear their own respective fees and costs arising out of the removal.

Dated: August 14, 2024     _____/s/_____
    The Honorable Fernando M. Olguin
    United States District Judge